UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BENOIT and PAMELA BENOIT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-CV-6997 |
| ) | |
| ANTHONY BERTSOS and JACQUELINE ) | |
| BERTSOS, ) | |
| ) | |
| Defendants. | |

## NOTICE OF REMOVAL

Defendants ANTHONY BERTSOS and JACQUELINE BERTSOS (collectively "Defendants"), by and through their undersigned attorneys of Robbins, Salomon & Patt, Ltd., file this Notice of Removal pursuant to 28 U.S.C. §1446(a), and in support thereof, state as follows:

### Introduction

1.  Plaintiffs John Benoit and Pamela Benoit (collectively "Plaintiffs") are married individuals residing at 12 Isabel Circle, Montpelier, Vermont 05602.

2.  Defendants are married individuals residing at 9530 Cook Avenue, Unit 308 Oak Lawn, Illinois.

3.  Defendants also maintain a residence in Laguna Beach, California.

4.  On January 4, 2016, Plaintiffs brought claims against Defendants alleging breach of contract (Count I); breach of express warranties (Count II); violations of the Illinois Consumer Fraud and Deceptive Business Practices Act (Count III); and common law fraud (Count IV) in the Circuit Court of Cook County, Illinois, Law Division.

5. Attorneys for the Defendants accepted service of process of the state court lawsuit on behalf of the Defendants on or about June 28, 2916. Defendants file this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b); *N. Illinois Gas Co. v. Airco Indus. Gases, A Div. Of Airco, Inc.*, 676 F.2d 270, 273 (7th Cir. 1982).

### Basis for Removal

6. Removal is proper because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a); *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996); *Andrews v. E.I.duPont v. deMeours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Copies of all pleadings, process, orders and other filings in the state court lawsuit are attached to this notice as Exhibit 1, as required by 28 U.S.C. §1446(a).

9. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

### Jury Demand

10. Upon information and belief, Plaintiffs have not demanded a trial by jury in the state court lawsuit.

### Conclusion

11. Because this Court has diversity jurisdiction over this matter, venue is appropriate in this district and because Defendants have timely filed this Notice of Removal, Defendants request the Court to remove the suit to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

ANTHONY BERTSOS and JACQUELINE BERTSOS,

By: /s/ Vincent T. Borst
One of its Attorneys

Vincent T. Borst (ARDC No. 06192904)
Christine R. Frymire (ARDC No. 6319177)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle, Suite 3300
Chicago, IL 60601
312-782-9000
vborst@rsplaw.com
cfrymire@rsplaw.com